UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDMOND BENTON, | : | |
| Plaintiff, | : | Civ. No. 22-1476 (EP) (ESK) |
| v. | : | MEMORANDUM OPINION & ORDER |
| MRS. DOREEN STANZIONE, et al., | : | |
| Defendants. | : | |

APPEARANCE:

Edmond Benton
000720
East Jersey State Prison
Ad-8eq-Unit S.T.U.
8 Production Way
Avenel, NJ 07001

    Plaintiff Pro se

PADIN, District Judge

    WHEREAS, Plaintiff Edmond Benton submitted a complaint on March 10, 2022, DE 1; and

    WHEREAS, Plaintiff submitted a series of "addendums" to his complaint. On June 23, 2022, the Honorable Brian R. Martinotti, D.N.J. ordered Plaintiff to submit an amended complaint that contained all the claims Plaintiff wanted included in his civil action within 45 days. DE 6. This matter was reassigned to me on June 28, 2022, DE 7; and

WHEREAS, Plaintiff requests an extension of time to submit his amended complaint. DE 9. He states that he has limited access to the law library and needs additional time to draft the amended complaint. *Id.*; and

WHEREAS, I will grant Plaintiff's request for additional time to submit his amended complaint in the interests of justice. Plaintiff may submit his amended complaint by September 9, 2022. The amended complaint will be subject to my review under 28 U.S.C. § 1915 prior to service. If Plaintiff fails to submit his amended complaint within that timeframe, I will consider his original complaint as the operative complaint in this action and screen the original complaint.

THEREFORE, IT IS on this ___29th___ day ___July___, 2022

ORDERED that Plaintiff's request for an extension of time to submit an amended complaint, DE 9, be, and hereby is, granted; and it is further

ORDERED that Plaintiff may submit his amended complaint for my 28 U.S.C. § 1915 review by September 9, 2022.  If Plaintiff fails to submit his amended complaint within that timeframe, I will consider his original complaint as the operative complaint in this action and screen the original complaint; and it is finally

ORDERED that the Clerk shall send Plaintiff a copy of this Order by regular mail.

At Newark, New Jersey
EVELYN PADIN, U.S.D.J.